JAMES MEANEY et al., Appellants, v. LOEW'S HOTELS, INC., et al., Respondents.—

Concur — Stevens, P. J., Capozzoli, McGivern, Tilzer and Macken, JJ.